**James Robert GORDON, Petitioner–Appellant,**

v.

**Jon P. GALLEY, Warden; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 02–6742.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

James Gordon, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Gordon seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Gordon v. Galley,* No. CA–02–234–DKC (D.Md. Apr. 22, 2002). We also deny Gordon's motions for appointment of counsel and for certification of questions of law to the Maryland Court of Appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*